IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QIANGZHE ZHANG,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LOREN K. MILLER, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, in his official capacity, as well as his successors and assigns; ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security; MONTY WILKINSON, Acting Attorney General of the United States; and TRACY RENAUD, Senior Official Performing the Duties of the Director, USCIS;<br><br>　　　　　　　Defendants. | **8:21CV53**<br><br>**SHOW CAUSE ORDER** |

　　　The records of the court show that on February 17, 2021, (Filing No. 9), a letter was sent to Attorney Christopher Charles Hair from the Office of the Clerk directing him to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System."), and register for admission to practice in this court as required by NEGenR 1.7(d) or (f).

　　　As of April 5, 2021, Attorney Christopher Charles Hair has not complied with the Clerk's letter.

　　　Accordingly,

　　　IT IS ORDERED,

On or before April 19, 2021, Attorney Christopher Charles Hair must register for the System and register for admission to practice in this court or show cause by written affidavit why compliance is not possible as required under the rules of the court.

Dated this 5th day of April, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge